UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| KENNETH WAYNE LEWIS, | : | |
| Petitioner, | : | Civ. No. 21-2368 (RBK) |
| v. | : | |
| FEDERAL BUREAU OF PRISONS, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. It has come to the attention of this Court through other cases Petitioner has filed that his current address of record in this case is not accurate as mail sent to Petitioner in those cases has been returned. (*See* Civ. No. 22-129 Dkt. Nos. 2 & 4; Civ. No. 22-264 Dkt. No. 3). Petitioner is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this 9th day of March 2022,

ORDERED by failing to provide the Court with his current address, Petitioner has not complied with Local Civil Rule 10.1; and it is further

ORDERED as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED if Petitioner updates his contact information and satisfies the appropriate Rules, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this order on Petitioner by regular U.S mail at his last listed address of record.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge